**Dismissed; Opinion Filed September 26, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00587-CV

### IN THE INTEREST OF C.V. AND G.V., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-14703**

## MEMORANDUM OPINION
Before Justices Stoddart, Whitehill, and Boatright
Opinion by Justice Stoddart

This appeal is from "the judgment signed by the [trial court] May 21, 2018." The clerk's record reflects the underlying suit is a suit to modify child support and for enforcement. The clerk's record further reflects the trial court signed an order appointing counsel for appellee on May 21st, and a copy of that order is attached to the notice of appeal filed in this Court. The clerk's record does not reflect any other order was signed that date or that a final judgment has been entered.

An appellate court has jurisdiction only over interlocutory orders made appealable by statute and final judgments that dispose of all parties and claims. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). Because no statute appears to authorize an appeal from an order appointing counsel and the clerk's record does not reflect a final judgment has been entered, we questioned our jurisdiction over the appeal. *See generally* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West Supp. 2017) (listing appealable interlocutory orders); *see also* TEX.

FAM. CODE ANN. § 109.002 (West 2014); *Jack B. Anglin Co.*, 842 S.W.2d at 272. We directed appellant to file a letter brief addressing our concern and cautioned that failure to comply could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(a),(c). More than ten days have passed, and appellant has not complied. Accordingly, on the record before us, we dismiss the appeal. *See id.* 42.3(a),(c).

/Craig Stoddart/
_____
CRAIG STODDART
JUSTICE

180587F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.V. AND G.V.,
CHILDREN

No. 05-18-00587-CV

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-14703.
Opinion delivered by Justice Stoddart,
Justices Whitehill and Boatright
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 26th day of September, 2018.